IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JARED OSBORN and VANESSA OSBORN,<br>    Plaintiffs,<br><br>vs.<br><br>CHARLES CRAIG BROWN; et al.,<br>    Defendants. | ORDER AND<br>MEMORANDUM DECISION<br><br>Case No. 2:12-cv-775<br><br>Judge Tena Campbell |

For substantially the same reasons set forth in the court's Order dated April 8, 2013 (Docket No. 85), the court GRANTS the motion brought by Defendant Utah Litigation Counselors (ULC) for Judgment on the Pleadings (Docket No. 91).[1] The claims against ULC are HEREBY DISMISSED WITHOUT PREJUDICE. ULC's Motion to Stay (Docket No. 92) is DENIED AS MOOT. Likewise, ULC's Motion for Expedited Review (Docket No. 99) is DENIED AS MOOT.

The court modifies its Order dated April 8, 2013 (Docket No. 85), and extends the time Plaintiffs have to file a motion to amend by two weeks. So, if the Plaintiffs fail to file a motion to amend and an accompanying proposed amended complaint by May 15, 2013, then the claims against Mr. McCall, Mr. Gettel, and ULC will be dismissed with prejudice.

SO ORDERED this 25th day of April, 2013.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge

---

[1] ULC also moved, in the alternative, to dismiss for lack of jurisdiction. The court need not address that issue at this time because it grants the motion for judgment on the pleadings.