IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JARED OSBORN and VANESSA OSBORN,<br>        Plaintiffs, | ORDER AND<br>MEMORANDUM DECISION |
| vs. | Case No. 2:12-cv-775 |
| CHARLES CRAIG BROWN; et al.,<br>        Defendants. | Judge Tena Campbell |

On January 3, 2013, Defendant John McCall moved for judgment on the pleadings. The court granted that motion, dismissing without prejudice all claims against Mr. McCall. Defendants Wilford T. Lee, WT Lee & Associates, and Kasey Rasmussen (Lee Defendants) now move to join in Mr. McCall's motion and ask the court for the same relief (Docket No. 119).

The court HEREBY GRANTS the Lee Defendants' Motion for Joinder (Docket No. 119). And, for substantially the same reasons set forth in the court's Order dated April 8, 2013 (Docket No. 85), the claims against the Lee Defendants are HEREBY DISMISSED WITHOUT PREJUDICE. Also, the Lee Defendants' Motion for Leave to File a Motion to Stay Discovery (Docket No. 118) is DENIED AS MOOT.

The court HEREBY modifies its Order dated April 25, 2013 (Docket No. 109), and extends the time Plaintiffs have to file a motion to amend by two additional weeks. If the Plaintiffs fail to file a motion to amend and an accompanying proposed amended complaint by May 29, 2013, then the claims against Defendants John McCall, Chad Gettel, Utah Litigation Counselors, Wilford T. Lee, WT Lee & Associates, and Kasey Rasmussen will be dismissed with prejudice.

SO ORDERED this 8th day of May, 2013.

                                    BY THE COURT:

                                    TENA CAMPBELL
                                    U.S. District Court Judge