FILED
U.S. DISTRICT COURT

2015 APR 10  A 9: 38

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| Jared Osborn and Vanessa Osborn, | |
| Plaintiffs, | **ORDER AND FINAL JUDGMENT** |
| vs. | |
| Charles Craig Brown; CC Brown Law, LLC; Wilford T. Lee; WT Lee & Associates; John McCall; Chad Gettel; Kasey Rasmussen; Utah Litigation Counselors; JL Martin Law Group; Century Law; LegalSupportLine.com; Sentry Law; and Doe Defendants 1 through 20, | Case No. 2:12-cv-00775-TC<br><br>Judge Tena Campbell<br><br>Mag. Judge Evelyn Furse |
| Defendants. | |

The Court, having considered the parties joint moving papers, and finding good cause therefore, hereby GRANTS the Motion, and ORDERS, ADJUDGES, and DECREES that:

1. Judgment is entered against W.T. Lee, W.T. Lee & Associates, and Kasey Rasmussen, jointly and severally, in the amount of $11,320.00.

2. The parties shall bear their own costs and fees.

Dated   4-9   , 2015.

BY THE COURT

_____
Hon. Tena Campbell